UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. DAMON INGRAM,<br><br>　　　　　Plaintiff/Petitioner. | Case No. 20-cv-05695-SI<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

Damon Ingram sent to the court a note with a copy of a memo apparently summarizing an interview he gave to an FBI agent in 2014. In an effort to protect his rights, a new action was opened and the letter was filed on August 12, 2020. Ingram was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Ingram did not file a complaint and did not file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice for failure to file a pleading showing that the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 12, 2020

_____
SUSAN ILLSTON
United States District Judge