UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>DAMON INGRAM,<br>    Plaintiff/Petitioner. | Case No. 20-cv-05695-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice for failure to file a pleading showing that the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 12, 2020

_____
SUSAN ILLSTON
United States District Judge